Vito S. Gallo, Appellant-Respondent, v. Anne G. Gallo, Respondent-Appellant.—

Christ, P. J., Munder, Martuscello, Latham and Kleinfeld, JJ., concur.